■ Rose Colombo, Appellant, v State of New York, Respondent. [22 NYS3d 893]—

In a claim, inter alia, to recover damages for personal injuries, the claimant appeals from an order of the Court of Claims (Lynch, J.), dated June 24, 2013, which granted the defendant's motion pursuant to CPLR 3211 (a) and Court of Claims Act § 10 to dismiss the claim.

Ordered that the order is affirmed, with costs.

The requirements of Court of Claims Act § 10 (3) as to when a notice of claim or claim is to be filed are strictly construed. A failure to comply with those requirements is a jurisdictional defect that compels dismissal of the claim (*see Welch v State of New York*, 286 AD2d 496, 497-498 [2001]). Here, the Court of Claims correctly determined that the claim was untimely, and properly granted the defendant's motion to dismiss the claim (*see Bennett v State of New York*, 106 AD3d 1040, 1040-1041 [2013]; *Prisco v State of New York*, 62 AD3d 978, 978 [2009]).

The parties' remaining contentions need not be addressed in light of our determination. Balkin, J.P., Dickerson, Duffy and LaSalle, JJ., concur.